PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Jack Pugsley**                             Docket No. 2:22-mj-10331-MAH-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW STEPHEN GRIGGS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Jack Pugsley**, who was placed under pretrial release supervision on December 27, 2022 by the **HONORABLE EDWARD S. KIEL** sitting in the Court at **Newark, New Jersey** on a $100,000 Unsecured Appearance Bond. The following conditions were also imposed:

1. The defendant shall be released into the third party custody of Tiffany Wells.
2. Pretrial Services Supervision.
3. Home Incarceration, with electronic monitoring: 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.
4. For the purpose of Location Monitoring, the defendant shall install a land line telephone in his/her residence within 10 days of release, unless waived by Pretrial Services.
5. Surrender all passports/travel documents. Do not apply for new travel documents.
6. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.
7. Substance abuse testing and/or treatment as directed by Pretrial Services.
8. Maintain current residence or a residence approved by Pretrial Services.
9. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.
Due to the COVID-19 pandemic, the defendant has not yet been processed by the United States Marshals Service (USMS) for the instant arrest.
10. The defendant shall report to the United States Marshal Services in Newark, New Jersey for processing at a date to be determined.
11. The defendant shall remain incarcerated until Wednesday, 12/28/2022, when Pretrial Services can install a location monitoring device.

On January 31, 2025, Pretrial Services sent an informational memo to the court requesting no court action for infractions of failing to provide proof of going to the emergency room on January 25, 2025 and making an unapproved stop following a doctors appointment on January 30, 2025.

On March 31, 2025, Pretrial Services sent an informational memo to the court after the defendant left his residence unapproved to go to the IRS office in Newark on March 24, 2025.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **for a bail violation hearing to be scheduled.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |

Considered and ordered this _14th_ day of _April_, _2025_ and ordered filed and made a part of the records in the above case.

_/s/ Michael A. Hammer_
Honorable Michael A. Hammer
United States Magistrate Judge

Executed on _____04/03/2025_____

/s/Stephen Griggs
STEPHEN GRIGGS
United States Pretrial Services Officer

**There will be a Bail Violation Hearing on April 28th at 3:30 before Magistrate Judge Michael A. Hammer in Courtroom 2C.**